UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICOLE MAGANA,<br><br>Plaintiff,<br><br>-against-<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC; CROWN ASSET MANAGEMENT, LLC; and JOHN DOES 1-25.<br>Defendant. | Civil Case No.: 2:17-cv-06212 (KM)(MAH)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw her action with prejudice against DYNAMIC RECOVERY SOLUTIONS, LLC; CROWN ASSET MANAGEMENT, LLC; and JOHN DOES 1-25.

Dated: May 11, 2018

/s/ Joseph K. Jones

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 5/14/2018